# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6271 | **DATE** | 9/12/2002 |
| **CASE TITLE** | Betty J. Dumas vs. Dovenmuehle Mortgage, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Dumas' application to proceed without prepayment of the fees is denied. If Dumas pays the filing fee on or before September 23 so that this action may proceed, this Court will then enter an appropriate initial scheduling order. If not, both the Complaint and this action will be dismissed. (4-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | **Document Number** |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | SEP 19 2002 | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 9/12/2002 | |
| SN | courtroom deputy's initials | | date mailed notice SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BETTY J. DUMAS,                )
                               )
             Plaintiff,        )
                               )
     v.                        )     No. 02 C 6271
                               )
DOVENMUEHLE MORTGAGE, INC., et al.,)
                               )
             Defendants.       )

MEMORANDUM ORDER

Betty Dumas ("Dumas") has filed a self-prepared Complaint in which she seeks to recover $2 million from Dovenmuehle Mortgage, Inc., its employee William Mynatt, Jr. and other unnamed Dovenmuehle employees for asserted violations of three federal statutes. This memorandum order expresses no view as to Dumas' substantive claims, focusing instead on her contemporaneously filed Application To Proceed Without Prepayment of Fees ("Application").

What Dumas sets out in the Application (and in her Complaint as well) is that she is a business woman. Though Application ¶5 says in part, "Business is slow. Don't expect much income this month," the same paragraph reflects that she owns real estate (apparently a three-story apartment building) having an estimated market value of $350,000 as well as household items valued at some $25,000 and business inventory with an estimated value of $5,000. Dumas really has to understand that does not even approach a portrayal that places her in the indigent category

needed to excuse her payment of the $150 filing fee.

Accordingly the Application is denied. If Dumas pays the filing fee on or before September 23 so that this action may proceed, this Court will then enter an appropriate initial scheduling order. If not, both the Complaint and this action will be dismissed.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 12, 2002